IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00172-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TULIO MARIO TELLO BRITTO | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of seized property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 23), and the government's response, (Doc. No. 27).

The defendant seeks the return of personal property and currency he claims were seized by law enforcement officers. (Doc. No. 23: Motion at 1-2). The government states that the investigating agencies do not have possession of the items listed in the motion, nor do they have documentation of their seizure. (Doc. No. 27: Response at 1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 23), is **DENIED**.

Signed: September 5, 2023

Robert J. Conrad, Jr.
United States District Judge